UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHUCK MACCONNACH, individually, and
on behalf of a class of other similarly
situated Inside Account Executives,
         Plaintiff(s),
   -against-
FIRST FRANKLIN FINANCIAL CORPORATION
and MERRILL LYNCH & CO., INC., GLOBAL
MARKETS AND INVESTMENT BANKING GROUP,
         Defendant(s).
------------------------------------------------------------X

Index No. 08CV5141
JUDGE SCHEINDLIN
AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
         S.S.:
COUNTY OF NEW YORK)

      ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 9th day of June 2008, at approximately 3:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, CIVIL COVER SHEET AND DISTRICT JUDGE SCHEINDLIN AND MAGISTRATE JUDGE EATON'S INDIVIDUAL RULES** upon First Franklin Financial Corporation c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Sabrina Ambrose, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Sabrina Ambrose is a black female, approximately 32 years of age, stands approximately 5 feet 8 inches tall and weighs approximately 130 pounds with brown hair and brown eyes.

_____
ROBERT MILLS #1004298

Sworn to before me this
12th day of June 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012