UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHUCK MACCONNACH, individually, and on behalf of class of others similarly situated,

        Plaintiff,

-against-

FIRST FRANKLIN FINANCIAL CORPORATION and MERRILL LYNCH and CO., INC., GLOBAL MARKETS and INVESTMENT BANKING GROUP,

        Defendants.

Civil Action No. 08 CV 5141 (SAS)

**NOTICE OF APPEARANCE**

---

    PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendants FIRST FRANKLIN FINANCIAL CORPORATION and MERRILL LYNCH & CO., INC., in the above-captioned matter.

Dated: June 27, 2008
       New York, New York

Respectfully Submitted,

LITTLER MENDELSON, P.C.

/s/ Lisa R. Norman
Lisa R. Norman (LN 9725)
885 Third Avenue, 16th Floor
New York, NY 10022.4834
212.583.9600 (telephone)
212.832.2719 (facsimile)

lnorman@littler.com (email)