USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHUCK MACCONNACH,

                    Plaintiff,

-against-

FIRST FRANKLIN FINANCIAL
CORPORATION AND MERRILL LYNCH &
CO., INC., GLOBAL MARKETS AND
INVESTMENT BANKING GROUP,

                    Defendants.

Civil Action No. 08 CV 5141 (SAS)

**ORDER FOR ADMISSION
PRO HAC VICE ON WRITTEN
MOTION**

A letter motion having been made by A. Michael Weber, counsel for Defendants First Franklin Financial Corporation and Merrill Lynch & Co., Inc. for an Order pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York admitting Katherine M. Forster pro hac vice to appear and practice in this Court in this action; and this Court, having reviewed the letter motion,

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Katherine M. Forster |
| Firm Name: | Munger, Tolles & Olson LLP |
| Address: | 385 South Grand Avenue, 35th Floor |
| City/State/Zip: | Los Angeles, CA 90071-1560 |
| Phone Number: | (213) 683-9100 |
| Fax Number: | (213) 683-3702 |

is admitted to practice pro hac vice as counsel for Defendants First Franklin Financial Corporation and Merrill Lynch & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 3, 2008
New York, New York

SO ORDERED:

_____
United States District/Magistrate Judge

Firmwide:85625049.2 028275.1016