Scheindlin*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHUCK MACCONNACH, individually, and on behalf of a class of others similarly situated,

      Plaintiff,

- against –

FIRST FRANKLIN FINANCIAL CORPORATION and MERRILL LYNCH & CO., INC., GLOBAL MARKETS AND INVESTMENT BANKING GROUP,

      Defendants.

Civil Action No. 08 CV 5141 (SAS)

**ECF Case**

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

WHEREAS, a response by Defendant Merrill Lynch & Co. to the Complaint in this matter is due to be filed on June 27, 2008, and the response by Defendant First Franklin Financial Corporation to the Complaint is due to be filed on June 30, 2008;

WHEREAS, counsel for Defendants First Franklin Financial Corporation and Merrill Lynch & Co., Inc. (collectively "Defendants") would like additional time to investigate the allegations of the Complaint and to prepare a response to the Complaint;

WHEREAS, the parties mutually agree to an extension of time of 30 days from June 27, 2008 for Defendants to respond to the Complaint in this matter;

WHEREAS the date of the 30 day extension for the response of Defendants lands on Sunday July 27, 2008, the time to answer or otherwise respond to the Complaint is further extended to Monday July 28, 2008, pursuant to Federal Rules of Civil Procedure § 6;

The parties to this matter, by and between their undersigned counsel, having stipulated to the entry of an order as follows and good cause appearing therefor,

4248834.1

IT IS HEREBY STIPULATED AND AGREED THAT:

The time to respond to the Complaint in this matter has been extended from June 27, 2008 to and including July 28, 2008.

IT IS STIPULATED AND AGREED that a facsimile or scanned copy of the signature(s) on this stipulation may be treated as an original for all purposes.

Dated: June 25, 2008   By: *Lisa R. Norman*
A. Michael Weber (AW-8760)
Lisa R. Norman (LN-9725)
LITTLER MENDELSON
A Professional Corporation
885 Third Avenue, 16th Floor
New York, NY 10022
212.583.9600 (Telephone)
214.880.0181 (Fax)

Terry E. Sanchez
(*pro hac vice motion forthcoming*)
California State Bar No. 101318
Katherine M. Forster
(*pro hac vice motion forthcoming*)
California State Bar No. 217609
(Attorneys-in-Charge)
MUNGER, TOLLES & OLSON LLP
355 S. Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
213.683.9538 (direct)
213.593.2838 (fax)

Attorneys for Defendants First Franklin Financial Corporation, and Merrill Lynch & Co., Inc.

Dated: June 25, 2008        By:  *Justin M. Swartz*/JRN
                                 Justin M. Swartz (JS 7989)
                                 Lauren Schwartzreich (LS 8260)
                                 OUTTEN & GOLDEN, LLP
                                 3 Park Avenue, 29th Floor
                                 New York, NY 10016
                                 212.245.1000 (Telephone)
                                 212.977.4005 (Fax)

                                 George A. Hanson
                                 (*pro hac vice motion forthcoming*)
                                 State Bar No. KS-16805
                                 Richard M. Paul
                                 (*pro hac vice motion forthcoming*)
                                 State Bar No. KS-17778
                                 STUEVE SIEGEL HANSON LLP
                                 460 Nichols Road, Suite 200
                                 Kansas City, Missouri 64112
                                 816.714.7100 (Telephone)
                                 816.714.7101 (Fax)

                                 Attorneys for Plaintiff


SO ORDERED:

_____
HON. SHIRA A. SCHEINDLIN
United States District Judge

Dated: THIS 26 DAY OF June, 2008.