**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHUCK MacCONNACH and WALTER SCHMIDT,
individually, and on behalf of all others
similarly situated,
        Plaintiff(s),

    -against-
FIRST FRANKLIN FINANCIAL CORPORATION,
and MERRILL LYNCH & CO., INC., GLOBAL
MARKETS AND INVESTMENT BANKING GROUP,
        Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK)
                S.S.:
COUNTY OF NEW YORK)

Index No. 08-5141

AFFIDAVIT OF SERVICE

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 11th day of July 2008, at approximately 12:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND FIRST AMENDED CLASS ACTION COMPLAINT JURY TRIAL DEMANDED** upon First Franklin Corporation c/o CT Corporation System at 111 8th Avenue, New York, NY 10011, by personally delivering and leaving the same with Axia Flores, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Axia Flores is a Hispanic female, approximately 45 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 130 pounds with brown hair and brown eyes wearing glasses.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
15th day of July 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com