Terry E. Sanchez (Cal. SBN 101318, *admitted pro hac vice*)
Katherine M. Forster (Cal. SBN 217609, *admitted pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

A. Michael Weber  (AW-8760)
Lisa Norman  (LN-9725)
LITTLER MENDELSON, P.C.
885 Third Avenue
16th Floor
New York, New York 10022-6022
Telephone: (212) 583-9600
Fax: (212) 832-2719

Attorneys for Defendants First Franklin Financial
Corporation And Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUCK MACCONNACH,<br><br>                        Plaintiffs,<br><br>   - against -<br><br>FIRST FRANKLIN FINANCIAL<br>CORPORATION AND MERRILL LYNCH &<br>CO., INC., GLOBAL MARKETS AND<br>INVESTMENT BANKING GROUP,<br><br>                        Defendants. | CASE NO.: 08 CV 5141 (SAS)<br><br>(PROPOSED) ORDER<br>CONTINUING PRELIMINARY<br>CONFERENCE<br><br>**Current Preliminary Conference**<br>**Date: July 25, 2008**<br>**Time: 2:30 p.m.** |

       WHEREAS, the Court initially scheduled a Preliminary Conference on July 25, 2008

at 2:30 p.m.;

       WHEREAS, the parties have requested that the Preliminary Conference be continued

to a date from August 13 through August 18, 2008.

5532642.1

WHEREAS, good cause appears for the continuance, the Court hereby orders that the Preliminary Conference be continued to August 14, 2008 at 4:30 p.m.

Date: July 16, 2008

Shira A. Scheindlin
U.S. District Judge

5532642.1

- 2 -