**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUCK MacCONNACH and WALTER SCHMIDT, individually, and on behalf of all others similarly situated<br><br>        Plaintiffs,<br><br>    -against-<br><br>FIRST FRANKLIN FINANCIAL CORPORATION AND MERRILL LYNCH & CO., INC., GLOBAL MARKETS AND INVESTMENT BANKING GROUP,<br><br>        Defendants. | Civil Action No. 08 CV 5141 (SAS)<br><br>**ECF CASE**<br><br>**DEFENDANTS RULE 7.1 STATEMENT** |

    In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants, non-governmental parties, represents that Defendant Merrill Lynch & Co., Inc., a publicly held corporation, directly or indirectly owns 10% of more of the securities of Defendant First Franklin Financial Corporation; (2) no other publicly held corporation owns 10% or more of the securities of First Franklin Financial Corporation; and (3) no publicly held corporation owns more than 10% of the stock of Merrill Lynch & Co., Inc.

Dated: July 31, 2008
New York, New York

                                                Respectfully Submitted,

                                                _____/s/_____

                                                A. Michael Weber (AW-8760)
                                                Lisa R. Norman (LN-9725)
                                                LITTLER MENDELSON
                                                A Professional Corporation
                                                885 Third Avenue, 16th Floor
                                                New York, NY  10022-4834
                                                (212) 583-9600
                                                (212) 832-2719 (fax)

                                                Terry E. Sanchez (Admitted *Pro Hac Vice*)
                                                California State Bar No. 101318
                                                Katherine M. Forster (Admitted *Pro Hac Vice*)
                                                California State Bar No. 217609
                                                (Attorneys-in-Charge)
                                                MUNGER TOLLES & OLSON LLP
                                                355 S. Grand Ave., 35th Floor
                                                Los Angeles, CA 90071-1560
                                                213.683.9538 (direct)
                                                213.593.2838 (fax)

                                                Attorneys for Defendants
                                                First Franklin Financial Corporation and
                                                Merrill Lynch & Co., Inc.