USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/08

**OUTTEN & GOLDEN LLP**
Justin M. Swartz (JS 7989)
Lauren Schwartzreich (LS 8260)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

**STUEVE SIEGEL HANSON LLP**
George A. Hanson, KS Bar # 16805
(*pro hac vice* pending)
Richard M. Paul III, KS Bar # 17778
(*pro hac vice* pending)
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHUCK MacCONNACH and WALTER SCHMIDT, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FRANKLIN FINANCIAL CORPORATION, and MERRILL LYNCH & CO., INC., GLOBAL MARKETS AND INVESTMENT BANKING GROUP,<br><br>Defendants. | Case No. 08-CV-5141 (SAS)<br><br>**PROPOSED ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the request of Plaintiffs, Richard M. Paul and George A. Hanson of Stueve Siegel Hanson LLP, 460 Nichols Road, Suite 200, Kansas City, Missouri 64112 are hereby admitted to practice *pro hac vice* as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. Filing fees relating to these admissions were received by the Cashier's Office on 7/28/08 and 8/08/08.

Dated: August 5, 208

SO ORDERED:

_____
Hon. Shira A. Scheindlin
United States District Judge