*Scheindlin, J*

| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Justin M. Swartz (JS 7989)<br>Lauren Schwartzreich (LS 8260)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 | **STUEVE SIEGEL HANSON LLP**<br>George A. Hanson, KS Bar # 16805<br>*(pro hac vice motion forthcoming)*<br>Richard M. Paul III, KS Bar # 17778<br>*(pro hac vice motion forthcoming)*<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: (816) 714-7100<br>Facsimile: (816) 714-7101 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CHUCK MacCONNACH and WALTER SCHMIDT, individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.

FIRST FRANKLIN FINANCIAL CORPORATION, and MERRILL LYNCH & CO., INC., GLOBAL MARKETS AND INVESTMENT BANKING GROUP,

    Defendants.

Case No. 08 Civ. 5141 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

### NOTICE OF WITHDRAWAL OF MOTIONS

Please take notice that Plaintiffs hereby withdraw the *pro hac vice* motions of George A. Hanson, Esq. and Richard M. Paul III, Esq. (Docket Entries 14 and 15).

Plaintiffs are filing for *pro hac vice* admission of these attorneys in accordance with Judge Scheindlin's *Individual Rules and Procedures* for filing *pro hac vice* applications.

Plaintiffs also request that the filing fees submitted for Docket Entries 14 and 15 apply to Plaintiffs' Proposed Order seeking *pro hac vice* admission of Mr. Hanson and Mr. Paul.

DATED: August 5, 2008

Respectfully submitted,

*[signature]*

Lauren Schwartzreich (LS 8260)
Justin M. Swartz (JS 7989)
**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212)-245-1000
Facsimile: (646)-509-2057

George A. Hanson, KS Bar # 16805
(*pro hac forthcoming*)
Richard M. Paul III, KS Bar # 17778
(*pro hac forthcoming*)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

**ATTORNEYS FOR PLAINTIFFS**

*[signature]* 8/6/08