| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Justin M. Swartz (JS 7989)<br>Lauren Schwartzreich (LS 8260)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 | **STUEVE SIEGEL HANSON LLP**<br>George A. Hanson, KS Bar # 16805<br>(*pro hac vice motion forthcoming*)<br>Richard M. Paul III, KS Bar # 17778<br>(*pro hac vice motion forthcoming*)<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: (816) 714-7100<br>Facsimile: (816) 714-7101 |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CHUCK MacCONNACH, individually, and on behalf of a class of other similarly situated Inside Account Executives,

           Plaintiffs,

v.

FIRST FRANKLIN FINANCIAL CORPORATION, and MERRILL LYNCH & CO., INC., GLOBAL MARKETS AND INVESTMENT BANKING GROUP,

           Defendants.

Case No. 08-CV-5141

## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

      **I WANT TO JOIN THIS LAWSUIT** seeking unpaid wages and overtime against Merrill Lynch d/b/a First Franklin Financial Corporation. By joining this lawsuit, I designate the Class Representatives to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and Outten & Golden LLP and other attorneys with whom they may associate.

Date: 7/8/08

*Rosemary DeSorte*
Printed Name: Rosemary DeSorte

SSH 0646-101389