## CONSENT TO BECOME A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I WANT TO JOIN THE LAWSUIT *MacConnach, et. al. v. First Franklin Financial Corporation, et. al.,* seeking unpaid wages and overtime against Merrill Lynch d/b/a First Franklin Financial Corporation. By joining this lawsuit, I designate the Class Representatives to make all decisions on my behalf concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of this lawsuit, I choose to be represented by Stueve Siegel Hanson LLP and other attorneys with whom they may associate.

Date: 8/13/08

Printed Name: John Russell

SSH 0646-101389