AUG   2008

**JUDGE SCHEINDLIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHUCK MacCONNACH and WALTER SCHMIDT, individually, and on behalf of all others similarly situated | Civil Action No. 08 CV 5141 (SAS) |
| Plaintiffs, | ECF CASE |
| -against- | [PRPOPOSED] ORDER TRANSFERRING VENUE PURSUANT TO 28 U.S.C. § 1404(A) |
| FIRST FRANKLIN FINANCIAL CORPORATION AND MERRILL LYNCH & CO., INC., GLOBAL MARKETS AND INVESTMENT BANKING GROUP, | |
| Defendants. | |

All parties having consented to a transfer of venue of this matter to the Northern District

of California pursuant to 28 U.S.C. § 1404(a), and good cause appearing therefor, IT IS

HEREBY ORDERED that this matter is transferred to the United States District Court for the

Northern District of California. *The Clerk is directed to transmit the*

*file forthwith and to close the case in this district.*

The Honorable Shira A. Scheindlin
United States District Judge

Date

9/14/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08